UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERT L. TROTTER, JR., | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:03CV317 CDP |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's "Request for Reconsideration." Petitioner asks that I reconsider my decision not to issue a certificate of appealability in regards to his petition for habeas corpus. In support of his motion, petitioner merely reiterates the standard for issuance of a certificate and states that he has made a sufficient showing to meet the standard. Petitioner makes no additional arguments to support his statement. Because petitioner presents no basis to change my decision, the motion will be denied. Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration [#25] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2006.